IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-99-LPS-MPT |
| JAMES A. HEGEDUS, ET AL., | : | |
| Defendants. | : | |

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 47) dated June 21, 2012;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' motion for judgment on the pleadings (D.I. 17).

WHEREAS, any Objections to the Report and Recommendation (D.I. 47) were to be filed by July 9, 2012;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 47) is **ADOPTED**, and Defendants' motion for judgment on the pleadings (D.I. 17) is **DENIED**.

Dated: August 15, 2012

UNITED STATES DISTRICT JUDGE